UNITED STATES DISTRICT COURT

EASTEEN DISTRICT OF NORTH CAROLINA

CIVIL DIVISION

| | | |
|---|---|---|
| RUTH CHARLENE PARKER, | ) | |
| Plaintiff, | ) | CASE NO. 7:15-cv-206-D |
| V. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

### ORDER ALLOWING PAPER FILING

Upon Motion of the attorney in this matter, Alice Tramonte, to allow her to submit paper filing in this action, and for good cause shown,

**IT IS HEREBY ORDERED,** that the attorney in this matter, Alice Tramonte, is allowed to submit this action through paper filing.

This the 21 day of September, 2015.

JAMES C. DEVER III
Chief United States District Judge